076 40 8143   D/F

November 24, 2009

John D. Hutchins
40-14 203 Street
Bayside, NY 11361

Honorable Allyne R. Ross
U.S. District Judge
United States District Court
For The Eastern District Of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*The United States Attorney's Office has advised the court that a hearing has been scheduled.*
*S/ Judge Ross  USDJ*
*1/27/10*
*cc: parties*

Re: CV 09 0196

Dear Judge Ross;

Your Stipulation and Order of Remand has not worked-out for me. Michael Astrue, and the Social Security Administration show that they have no intention of disposing my claim for supplemental Social Insurance, in a fair, timely and honorable manner. Now, 90 days have elapsed since your Order was issued. During this period Mr. Astrue's Department has made no contact with me for any purpose. Consequently, as Plaintiff feel that I've been doubble-crossed by the U.S. Attorney whose Assistant Scott Landau,     strongly indicated to me by telephone, that in my Case, Federal Court proceedings would require an equal length of time there, as were it before the Social Security Administration again. It is evident that by his own request, Mr. Landau had hoped that by October 18th, the Court was ready to proceed. This circumvention of basic Jurisprudence reflects a systematic denial of entitlement Rights.

Furthermore Your Honor, the irony of injustice manifest but 5 days after my signing the agreement to Remand; when a vehicle that I was driving was struck by another vehicle.

continued.   (21)

Shortly after aquiring a copy of the Police Accident Report concerning the accident stated; Deja vu occured upon reading that again, as was the case 4 years ago; the Police falsefied their Official remarks to the benifit of the opposing motorist. The previous incident was vehicular assult. Having no alternative, I applied for SSI Benifits, to sustain my recovery, and cope with the permanant disability in my right side.

Last August it seemed to me to be prudent to return my Case to it's origional venue. In addition, my Doctor, who has cared for me during the past 30 years; remarked that the Remand would save the Government some money. Now, in light of repeated Police misconduct that have arose from each incident stated; I've filed a Notice Of Claim with the New York City Comptroler against the Commissioner of the New York City Police Department. I pray that the Federal District Court adjoin him as Defendant, along with The Commissioner Of Social Security, in a new filing of the revised Civil Action on my part, should my Remanded Claim stay unresolved beyond the final day of this year.

Thank you Your Honor, for the time and care that you have given to my Case.

Sincerely,

*John D. Hutchins*

John D. Hutchins

CC. Michael Astrue
    Scott Landau

Service List:

<u>Plaintiff - Pro Se</u>
John D. Hutchins
40-14 203 Street
Bayside, NY 11361

<u>Defendant</u>
Scott R. Landau
United States Attorneys Office
271 Cadman Plaza East
Brooklyn, NY 11201